NUMBER 13-00-504-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


DAVID WILLIAMS
, Appellant,


v.


THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 214th District Court 


 of Nueces County, Texas

___________________________________________________________________


O P I N I O N 



Before Chief Justice Valdez and Justices Hinojosa and

Yanez 

Opinion Per Curiam



 Appellant, DAVID WILLIAMS, attempted to perfect an appeal from
a judgment entered by the 214th District Court of Nueces County,
Texas. On September 20, 2000, the trial court granted appellant's
motion for new trial.

 The Court, having examined and fully considered the documents
on file and the trial court's order granting a new trial, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal
is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th day of April, 2001.